IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HENRY A. GRICE,

    Petitioner,

vs.       Case. No. 4:08-CV-60-SPM/WCS

SHERIFF LARRY CAMPBELL,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the magistrate judge's Report and Recommendation (doc. 6). The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), it is hereby ORDERED AND ADJUDGED as follows:

1. The magistrate judge's Report and Recommendation (doc. 6) is adopted and incorporated by reference in this order.

2. The § 2241 petition filed by Petitioner (doc. 1) is *dismissed*.

DONE AND ORDERED this thirtieth day of June, 2008.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge